FILED

22 FEB 24  PM 12: 27

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida  [▾]

Tamas Gabriel Heredy )
)
)
_____ )
*Petitioner* )
v. ) Case No.  8:22-cv-449-mss-AAS
) *(Supplied by Clerk of Court)*
Jud Helms BartowCourthouse  EtAl. )
)
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.     (a)  Your full name:    Tamas Heredy
       (b)  Other names you have used:    TAMAS GABRIEL HEREDY II
2.     Place of confinement:
       (a)  Name of institution:    Bartow Courthouse.    Polk County County Probation,    PreTrial Services
       (b)  Address:    225 N Broadway    1745 US 17 South PO Box 9000    1755 US 17 South
                       Bartow, Fl 33830    Drawer CJ, Bartow, Fl 33831    Bartow, Fl 33831
       (c)  Your identification number:    499631261
3.     Are you currently being held on orders by:
       ❒ Federal authorities        ☑ State authorities        ❒ Other - explain:

4.     Are you currently:
       ☑ A pretrial detainee (waiting for trial on criminal charges)
       ❒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
          If you are currently serving a sentence, provide:
             (a)  Name and location of court that sentenced you:    _____
             _____
             (b)  Docket number of criminal case:    _____
             (c)  Date of sentencing:    _____
       ❒ Being held on an immigration charge
       ❒ Other *(explain)*:    _____
       _____

### Decision or Action You Are Challenging

5.     What are you challenging in this petition:
       ❒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,
          revocation or calculation of good time credits)

Page 2 of  9

ρΩ TPA-65954

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:

_____

_____

6.    Provide more information about the decision or action you are challenging:

      (a)  Name and location of the agency or court:  Bartow Courthouse, Polk County Count Probation and Polk
      County Pretrial Services- *addresses above

      (b)  Docket number, case number, or opinion number:    2021CF-007545, 2021MM-006035

      (c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
      Electronic Monitoring/ GPS and PreTrial Services

      Judge ordered only allowed work, Medical Appointments, Attorney Appts and courthouse.  I HAVE BEEN DENIED

      MULTIPLE TIMES TO GROCERY SHOP, get mail po box or home, TRASH OUT, PICK UP SON, WORK ETC

      (d)  Date of the decision or action:   02/23/2022

                    **Your Earlier Challenges of the Decision or Action**

7.    **First appeal**

      Did you appeal the decision, file a grievance, or seek an administrative remedy?

      ☑ Yes              ☐ No

      (a)  If "Yes," provide:

            (1)  Name of the authority, agency, or court:   administrative remedy filed with Bartow courthouse
            County Court of the Tenth Judicial Circuit in and For Polk County

            (2)  Date of filing:   01/20/2022

            (3)  Docket number, case number, or opinion number:    2021CF-007545, 2021MM-006035

            (4)  Result:    IGNORED due to attorney of record NEVER HIRED, NO CONSULTATION/MEETING

            (5)  Date of result:   02/14/2021

            (6)  Issues raised:    ignored, subsequently denied after withdrawal of Musca law firm granted. See
            email correspondence between myself and Musca Law, discharge orders from Judge Griffin on 1/28 case
            2021MM-006035,all hearings on CDs in my possession by Polk County Court Recorder as evidence; of
            any delay or decisions made by the court are subject to and in accordance to Notices of Liabilty regarding
            Trespass, Fee Schedule and Remedy filed Oct 19th/Nov 5 2021 into case 2021MM-006035 and again
            a certified copy of Affidavit Notices filed 1/20/22 in case 2021CF-007545 with Department of State cusip#
            *Notices also registered mailed to FIDeptofState, GovDesantis, AG, BartowSA, HCSO, PCSO 10/18/22

      (b)  If you answered "No," explain why you did not appeal:    _____

      _____

8.    **Second appeal**

      After the first appeal, did you file a second appeal to a higher authority, agency, or court?

      ☐ Yes              ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a second appeal: No trial or conviction

_____

**9.** **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a third appeal: No trial or conviction

_____

**10.** **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☑ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes          ☐ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:   Jurisdictional Challenge(Notice of Removal for Cause, cont'd V

(b)  Name of the authority, agency, or court: _____

_____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number:   2021CF-007545, 2021MM-006035

(e)  Result:   ignored due to Attorney of Record, NEVER HIRED by Def NOR CONSULTATION/MEETING

(f)  Date of result:   12/14/2021

(g)  Issues raised:   kind cont'd fr^; Discovery for Inter/Admis) 12/14/21 & 1/25/22 , Objection to Continuation,

Dismissal, with requesting court to file formal charges of crimes against defendant 1/12/2022 in case(s)

**issues raised: The hinderence of due process due to disregard of filings, the presumption ANY Attorney was

hired by Tamas Heredy to be in my case jackets thwarting my filings to remove GPS for nondisclosure of reason-

ing-for; forced to sign under duress WITH VERBAL NOTICE to Katlyn Conger of Notices of Liability Regarding

Trespass filed prior to attaching Electronic Monitoring device to my body.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   Unlawful Arrest, detainment. No valid warrant seen by me.  Warrant later known to have been documented signed by judge and served on October 7th(no service) and served November 18th at court hearing where only mentioned was an active warrant and not served or shown to me.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.):*
Warrant recently known to have been documented and signed by judge AND served on 10/07/21; served on 11/18/21 but only mentioned as an active warrant during a court hearing on 12/18/21 and NOT SHOWN TO ME OR SERVED which resulted in my unlawful arrest and detainment, subsequently GPS electronic monitoring and PreTrial Services after bonding out

(b)  Did you present Ground One in all appeals that were available to you?
❏ Yes                    ❏ No

**GROUND TWO:**  Disregard by court of 3 Arbitrary rulings in our favor (dismissals) with same subject matter expressed and noticed to parties in case(s) to which no viable reasoning for continued detainment, PreTrial Serv. or Electronic Monitoring/GPS could be deemed necessary.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.):*
Order of Dismissal(s)
Injunction case 2021DR-006516- lack of evidence
Injunction case 2021DR-008465- lack of evidence; over 1 hour trial i litigated myself against Mindy Emerson Hunley's attorney; including cross examinations of States witnesses for case(s) 2021CF-007545, 2021MM-006035
case 2021MM-006034-chargess leveled againt my mother
(b)  Did you present Ground Two in all appeals that were available to you?
❏ Yes                    ❏ No

**GROUND THREE:**  Denial of; picking my son up, grocery store needs, mail retrieval at po box (or home), trash removal, work need to stay in hotels out of town and subsequently magnanimous loss of work in/out of state to which my 22 year career entails of such needs to travel all over.  Was not allowed to go into post office or banks to retrieve mail or monetary sustenance.
(a)  Supporting facts *(Be brief.  Do not cite cases or law.):*
judge outlined in PreTrial services only allowed to work, court, attorn-ey and medical visits.  multiple denials by PreTrial Services and GPS to work pertaining to specific job requirements such as needing to stay a night or 2 near job site(s) and the need to go from one site to the next in the same day

(b)  Did you present Ground Three in all appeals that were available to you?
❏ Yes                    ❏ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**   Judge Helms abuse of discretion stated on the record specifically that i can "get some hear-
from my judicial assistant, clear it with the SA". I called hisJA right after court; left message req times; she
returned my call and relayed J.Helms denied any of my requests for hearings and to wait until April 4th,2022.
On record he was told twice whatever he chooses to do was subject-to and in-accordance to fee schedule filed

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:
Court recording of pretrial hearing attached (above grounds evidenced around 10:51.00 to end of hearing)
prior on record is of multiple verbal notices that I never hired an attorney, showed unsigned contract, mentioned
certified copy of surety bond filed and showed him sealed original in my possession when instructed him to
remove the GPS collar and vacate this case. He chose to deny my presentation, instruction proceeded attempts
to get my consent to continue hearing to 4/4/22 and repeatedly discussed the hiring of another attorney, need for
a competency hearing etc i was clear about vacating and his choicessubject to and in accordance to fee schedule

(b)  Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:

**Request for Relief**

15.  State exactly what you want the court to do:  Order to Remove the Electronic Monitoring Device from my body and
PreTrial services requirements Immediately; Vacate the case(s) 2021CF-007545 and 2021MM-006035, Order Paternity
Test for daughter in common between Tamas Heredy and Mindy Emerson Hunley. Grant any further reliefas the court may
deem JUST and EQUITABLE pursuant to Trezevant vs. City of Tampa and petioners fee schedule on public record. Prot
order from SethBell who falselyreported to law enforcement 9/30/21 of burglary etc inducing unlawful warrants and arrests

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        02/23/2022

Tamas-Gabriel:Heredy        813-665-8436

*Signature of Petitioner*

711 East Keysville Rd        PO Box 5043
Plant City, Fl 33567        Plant City, Fl 33565

*Signature of Attorney or other authorized person, if any*